UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| LA NOUVELLE BAGUE, S.R.L. <br><br> -v- <br><br> ALMOD DIAMONDS, LTD. <br> Plaintiff, <br><br> Defendant. | Case No. 07 CV 10374 (RJH) <br><br> **Rule 7.1 Statement** <br><br> ECF CASE |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

La Nouvelle Bague, S.r.l.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** November 12, 2007

Signature of Attorney

**Attorney Bar Code:** JVV-1754

Form Rule7_1.pdf   SDNY Web 10/2007