La Nouvelle Bague, S.R.L.,

                    Plaintiff,                                   AFFIDAVIT OF SERVICE
                                                                 Case No: 07 CV 10374
          -against-                                              (RJH)

Almod Diamonds, Ltd.,

                    Defendants.

---

State of New York )
                              ss:
County of Albany   )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not
a party to this action. That on November 20, 2007 at approximately 3:30 p.m. deponent
served the following specific papers pursuant to Section 306 of the Business Corporation
Law; Summons in a Civil Action and Complaint, Individual Practices of Judge Richard J.
Holwell, Third Amended Instructions for Filing an Electronic Case or Appeal dated June
7, 2004, Guidelines for Electronic Case Filing dated December 1, 2003, Procedures for
Electronic Case Filing dated March 6, 2003, Individual Practices of Magistrate Judge
Andrew J. Peck, Civil Cover Sheet and Rule 7.1 Statement; that the corporation served
was Almod Diamonds Ltd., a domestic business corporation, the defendant in this action,
by personally serving two copies of the aforesaid papers at the office of the Department
of State located in the City of Albany, New York by delivering to and leaving the papers
with Donna Christie, a white female with blonde hair, being approximately 36-45 years
of age; height of 5'0"-5'3", weight of 130-160 lbs., being an authorized person in the
Corporation Division of the Department of State and empowered to receive such service.
That at the time of making such service deponent paid to the Secretary of State the fee
prescribed by Law in the amount of $40.00.

_Mary M. Bonville_
Mary M. Bonville

Sworn to before me this 20th ___ day of November, 2007

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010