UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
LA NOUVELLE BAGUE, S.R.L.,

                      Plaintiff,

                                                                                   Index No.: 07cv10374 (RJH)

                                                                                    **NOTICE OF DISMISSAL**

      -against-

                                                                                      ECF CASE


ALMOD DIAMONDS, LTD.,

                      Defendant.
-----------------------------------------------------------------------x

**TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:**

**TAKE NOTICE** that La Nouvelle Bague, S.r.l., Plaintiff, dismisses this action, with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: January 28, 2008
       New York, NY

                                                  VINCENTI & VINCENTI, P.C.

                                                  By:_____
                                                      John V. Vincenti (JVV-1754)
                                                       A Member of the Firm
                                          80 Broad Street, Suite 1200
                                          New York, New York 10004
                                          (212) 509-4600

                                          Attorneys for Plaintiff