```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LA NOUVELLE BAGUE, S.R.L.,

                        Plaintiff,

                        Index No.: 07cv10374 (RJH)

                        **NOTICE OF DISMISSAL**

-against-

                        **ECF CASE**

ALMOD DIAMONDS, LTD.,

                        Defendant.
-------------------------------------------------------------x

**TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:**

**TAKE NOTICE** that La Nouvelle Bague, S.r.l., Plaintiff, dismisses this action, with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: January 28, 2008
         New York, NY

SO ORDERED
The Clerk is requested
to close this case

*[signature]*
USDJ
2/4/08

VINCENTI & VINCENTI, P.C.

By: *[signature]*
John V. Vincenti (JVV-1754)
A Member of the Firm

80 Broad Street, Suite 1200
New York, New York 10004
(212) 509-4600

Attorneys for Plaintiff